IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY L. PARKER,

    Petitioner,

-vs-

JEFFREY S. WALTON,

    Respondent.                    No. 13-cv-1110-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 26, 2014, Respondent's Motion to Dismiss is **GRANTED**. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** Judgment is entered in favor of respondent.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:  *s/Sara Jennings*
                                    Deputy Clerk

**DATED:** March 31, 2014

Digitally signed by David R. Herndon
Date: 2014.03.31 16:17:02 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**